# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0025. LEAH ALDRIDGE v. FULTON COUNTY TAX ASSESSORS.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE INTERLOCUTORY APPLICATION in the above styled case, it is ordered that the motion be hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/01/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*